IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

IN RE: JRA Furniture Industries LLC

| | | |
|---|---|---|
| ONE BEACON INSURANCE CO., | ) | |
| | ) | |
| Appellant, | ) | C.A. No.: 07-612 *** |
| | ) | |
| v. | ) | |
| | ) | Bankruptcy Case No.: 07-10752 |
| SAM'S EAST INC., | ) | Bankruptcy Appeal No.: 07-96 |
| | ) | |
| Appellee. | ) | |

## ENTRY OF APPEARANCE

**PLEASE ENTER THE APPEARANCE** of Louis J. Rizzo, Jr., Esquire on behalf of Appellant, One Beacon Insurance Company.

REGER RIZZO KAVULICH & DARNALL LLP

*/s/ Louis J. Rizzo, Jr., Esquire*
Louis J. Rizzo, Jr., Esquire
Delaware State Bar I.D. No. 3374
1001 Jefferson Plaza, Suite 202
Wilmington, DE 19801
(302) 652-3611

*/s/ Rochelle L. Gumapac, Esquire*
Rochelle L. Gumapac, Esquire
Delaware State Bar I.D. No. 4866
1001 Jefferson Plaza, Suite 202
Wilmington, DE 19801
(302) 652-3611

Attorneys for Appellant One Beacon Insurance Company

Dated: January 8, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

IN RE: JRA Furniture Industries LLC
_____

| | | |
|---|---|---|
| ONE BEACON INSURANCE CO., | ) | |
| | ) | |
| Appellant, | ) | C.A. No.: 07-612 *** |
| | ) | |
| v. | ) | |
| | ) | Bankruptcy Case No.: 07-10752 |
| SAM'S EAST INC., | ) | Bankruptcy Appeal No.: 07-96 |
| | ) | |
| Appellee. | ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify on this 8th day of January, 2008 that a true and correct copy of the Entry of Appearance has been served electronically and by first class mail, postage prepaid, upon the following:

Howard M. Lessinger, Esquire
McLain & Merritt, P.C.
3445 Peachtree Road, N.E., Suite 500
Atlanta, GA 30326-3240

REGER RIZZO KAVULICH & DARNALL LLP

*/s/ Rochelle L. Gumapac, Esquire*
Rochelle L. Gumapac, Esquire
Delaware State Bar I.D. No. 4866
1001 Jefferson Plaza, Suite 202
Wilmington, DE 19801
(302) 652-3611
Attorney for Appellant
One Beacon Insurance Company

Dated: January 8, 2008